UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**DEBORAH LAUFER,** Individually,

Plaintiff,

v.                                                                  Case No. 1:20-cv-859-LY

**SHREE ANJALI & MUKTI, LLC,**

Defendant,

_____/

**STIPULATION FOR VOLUNTARY DISMISSAL,
WITH PREJUDICE**

**THE PARTIES**, through their respective undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice. Each party shall bear their own attorney's fees and costs.

| | |
|---|---|
| *Philip Michael Cullen, III* | **WILLIAM C. DUFOUR & ASSOCIATES, PLLC** |
| Fla. Bar No: 167853 | William C Dufour |
| **PHILIP MICHAEL CULLEN, III** | Northland Drive, STE 213 |
| Attorney-at-Law – Chartered | Austin, TX 78731 |
| 621 South Federal Highway, Suite Four | |
| Fort Lauderdale, FL 33301 | By: /s/ William C. Dufour |
| ph. (954) 462-0600 | SBOT No. 06171200 |
| fax (954) 462-1717 | (512) 458-2700 |
| CULLENIII@aol.com | (512) 458-2706 Facsimile Number |
| | bill@billdufourlaw.com |
| For Plaintiff | |
| | For Defendant |