IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 JUN 17 PM 3:56
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| DEBORAH LAUFER, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-859-LY |
| | § | |
| SHREE & MUKTI, LLC, | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On June 16, 20201, the parties filed a Stipulation for Voluntary Dismissal with Prejudice, which the court has reviewed and now approves. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___17th___ day of June, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE